

CHALOS & CO. P.C.
International Law Firm _____
55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300   FAX: +1-516-750-9051   WEB: www.chaloslaw.com   EMAIL: info@chaloslaw.com

November 18, 2024

**Via Electronic Filing**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, New York 10007

    **Re:**    **Milwaukee Electric Tool Corporation v Maersk A/S**
            **Case No. 1:24-cv-1098-MMG**
            **Joint Status Report Letter – Request for Adjournment of Conference**

Dear Judge Garnett -

    Plaintiff Milwaukee Electric Tool, Corporation (hereinafter "Plaintiff") and Defendant Maersk A/S (hereinafter "Defendant") provide the following report to the Court and Request for Adjournment of Conference. Doc. 14.  The parties have proceeded with written disclosures and discovery in accordance with the Court's Case Management and Scheduling Order. *Id.*  The parties report that they have provided their respective clients with an attorney recommendation on proposed settlement and as reported to the Court's case manager on Friday, November 15, 2024, believe that the matter will soon be resolved.  Accordingly, the parties respectfully request an adjournment of the November 21, 2024 status conference.

    At this time the parties are not requesting any adjustment or adjournments of other dates set in the Case Management and Scheduling Order and would respectfully request that the Court reset the Status Conference to a date after the January 15, 2025 expert discovery deadline. Doc. 14. We thank the Court for its time, consideration, and attention to this matter.

                          Respectfully submitted,

                          CHALOS & CO, P.C.

                          Briton P. Sparkman

1

**cc: Via Email**

FREEHILL HOGAN & MAHAR LLP
William J. Pallas, Esq.
pallas@freehill.com
80 Pine Street, 25th Floor
New York, New York 10005-1759

*Counsel for Defendant Maersk A/S*

> GRANTED. The post-fact discovery conference scheduled for November 21, 2024 is hereby ADJOURNED *sine die*. The parties shall submit a further joint status report to the Court by no later than **January 17, 2025** if this case has not settled or otherwise been terminated prior to that deadline.
>
> SO ORDERED. Dated November 19, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

2